IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, | * | |
| Plaintiff / Counter Defendant, | * | |
| vs. | * | No. 3:19-CV-00375-TRM-HBG |
| | * | JURY DEMANDED |
| CLAIRE RAUSER AND CAROL RAUSER, | * | |
| Defendants / Counter Plaintiffs | * | |
| AND | * | |
| CLAIRE RAUSER AND CAROL RAUSER, | * | |
| Third-Party Plaintiffs, | * | |
| vs. | * | |
| HITSON INSURANCE, INC., BRYAN INSURANCE GROUP, MATTHEW BRYAN, AND MICHELE SELF, | * | |
| Third-Party Defendants. | * | |

### PRE-TRIAL DISCLOSURES OF ERIE INSURANCE COMPANY

COMES plaintiff / counter-defendant, Erie Insurance Company (hereinafter "Erie"), pursuant to the Amended Scheduling Order and Fed. R. Civ. P. 26(a)(3) as follows:

(A)(i). The name, and if not previously provided, the address and telephone number of each witness – separately identifying those the party expects to present and those it may call if the need arises.

Erie expects to call the following witnesses:

1. Defendant / Counter-Plaintiff Clair Rauser – c/o. his attorneys, David Draper and Jared Garceau;
2. Defendant / Counter-Plaintiff Carol Rauser – c/o her attorneys, David Draper and Jared Garceau;
3. Third Party Defendant Matthew Bryan – c/o his attorneys, Robert Crawford, Jeff Hubbard and Nathaniel Moore;
4. Third Party Defendant Michele Self – c/o her attorneys, Robert Crawford, Jeff Hubbard and Nathaniel Moore;
5. Keith Doak (Erie) – c/o his attorneys, S. Morris Hadden and Caroline Ross Williams;
6. Sean Ragland (Erie) – c/o his attorney, S. Morris Hadden and Caroline Ross Williams;
7. Farron Bolton – 200 Fox Road, Knoxville, TN 37922; (865) 690-5000;
8. Heather Pace – 1413 Overton Lane, Knoxville, TN 37923; (865) 690-5000
9. Caitlin Cook – 5610 J. Riley West Drive, Greenback, TN; (865) 518-6127
10. Aaron Lehnert – 2811 E. Lamar Alexander Parkway, Maryville, TN 37804; (865) 388-6713
11. Bernd Heinze – 610 Freedom Business Center, Suite 110, King of Prussia, PA 19406; (610) 992-0001
12. Gregory Landes – 3314 Harrells Lane Drive, Baton Rouge, LA 70816; (919) 805-1762
13. James Mahurin – 207 Third Avenue North, Franklin, TN 37064; (615) 790-0083

Erie may call the following witnesses if the need arises:

1. Nicole Shields (Erie);
2. Mark Trigilio (Erie);
3. Leanne Berndt (Erie);
4. Byron Hartzler – 211 North Seneca Road, Oak Ridge, TN 37830; (865) 254-9198;
5. Josh Elam, Fulghum Macindoe & Associates, Inc. – 10330 Hardin Valley Road, Suite 201, Knoxville, TN 37932; (865) 690-6419;
6. Jonathan Miller Architects & Design, 4814 Old Kington Pike, Knoxville, TN; (865) 602-2435;
7. Johnson Architecture, Inc, 2240 Sutherland Ave #105, Knoxville, TN; (865) 671-9060;
8. Any witnesses identified by Defendant / Counter-Plaintiffs Claire and Carol Rauser;
9. Any witness identified by Third Party Defendants Matthew Bryan, Michele Self and Hitson / Bryan Agency.

(A)(ii). <u>The designation of those witnesses whose testimony the party expects to present by deposition, and if not taken stenographically, a transcript of the pertinent parts of the deposition.</u>

1. Reed Malm

| **Page(s)** | **Line(s)** | **Page(s)** | **Line(s)** |
|---|---|---|---|
| 6 | 8-12, 17-25 | 19 | 1-5 |
| 7 | 1-5, 16-25 | 22 | 16-20 |
| 8 | 1-5, 8-14 | 29 | 12-25 |
| 9 | 5-11 | 30 | 12-18 |
| 12 | 23-25 | 32 | 19-21 |
| 13 | 4-5, 9-12, 22-24 | 35 | 18-25 |
| 14 | 6-9 | 36 | 1-3 |
| 15 | 4-10, 17-20 | 38 | 7-21 |
| 16 | 10-23 | 50 | 15-25 |
| 18 | 13-25 | 51 | 1-8 |

2. Matthew Peterson

| **Page(s)** | **Line(s)** | **Page(s)** | **Line(s)** |
|---|---|---|---|
| 4 | 18-25 | 39 | 13-24 |
| 6 | 8-10 | 41 | 1-25 |
| 7 | 1-6 | 42 | 1-16 |
| 8 | 24-25 | 45 | 6-24 |
| 9 | 1-22 | 46 | 2-13 |
| 11 | 12-25 | 47 | 14-25 |
| 12 | 4-11 | 48 | 1-25 |
| 16 | 11-23 | 49 | 1-2 |
| 18 | 12-17 | 50 | 3-19 |
| 22 | 16-25 | 51 | 21-25 |
| 30 | 24-25 | 52 | 3-10 |
| 31 | 1-25 | 54 | 19-25 |
| 32 | 1-24 | 55 | 1-5 |
| 33 | 20-25 | 69 | 12-25 |
| 34 | 1-25 | 70 | 1-6 |
| 35 | 1-15 | 76 | 12-25 |
| 36 | 10-25 | 77 | 1-11 |
| 37 | 1-12, 16-25 | 86 | 23-25 |
| 38 | 1-23 | 87 | 1-21 |

3

3. Lance Blair with the following designations of deposition testimony:

| Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|
| 6 | 13-25 | 54 | 1-14, 24-25 |
| 7 | 1-25 | 55 | 1-10, 25 |
| 8 | 1-25 | 56 | 1-25 |
| 9 | 1-25 | 57 | 1-25 |
| 10 | 1-11 | 58 | 1-25 |
| 12 | 23-25 | 59 | 1-25 |
| 13 | 1-21 | 60 | 1-25 |
| 14 | 13-25 | 61 | 1-25 |
| 15 | 1-20 | 62 | 8-25 |
| 16 | 12-24 | 63 | 1-25 |
| 17 | 1-25 | 64 | 1-25 |
| 18 | 1-25 | 65 | 1-25 |
| 19 | 1-25 | 66 | 1-25 |
| 20 | 1-25 | 67 | 1-5, 23-25 |
| 21 | 1-19 | 68 | 1-3, 7-19 |
| 22 | 20-25 | 73 | 6-25 |
| 23 | 1-6, 21-25 | 74 | 1-25 |
| 24 | 1-25 | 75 | 1-17 |
| 25 | 1-25 | 76 | 14-23 |
| 26 | 1-25 | 94 | 2-25 |
| 27 | 1-25 | 95 | 1-19 |
| 28 | 1-25 | 96 | 19-25 |
| 29 | 1-25 | 97 | 1-25 |
| 30 | 1-9 | 98 | 1-16 |
| 31 | 21-25 | 102 | 1-5 |
| 36 | 3-25 | 103 | 1-14, 25 |
| 37 | 15-25 | 104 | 17-25 |
| 39 | 16-25 | 105 | 1-16 |
| 40 | 1-25 | 108 | 7-25 |
| 41 | 1-25 | 109 | 1-25 |
| 42 | 1-25 | 110 | 1-25 |
| 43 | 1-25 | 112 | 1-5, 16-17 |
| 44 | 1-25 | 113 | 2-9, 12-25 |
| 45 | 1-25 | 114 | 1-25 |
| 46 | 1-25 | 115 | 1-25 |
| 47 | 1-25 | 116 | 1-25 |
| 48 | 1-25 | 117 | 1-25 |
| 49 | 1-25 | 118 | 1-25 |
| 50 | 1-13 | 119 | 1-25 |
| 51 | 1-25 | 120 | 1-16 |
| 52 | 1-16 | 121 | 15-25 |
| 53 | 1-25 | 122 | 1-8 |

4. James Mauhrin with the following designations of deposition testimony:

| Page(s) | Line(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| 7 | 3-12 | 118 | 9-25 | 208 | 4-25 |
| 10 | 15-21 | 119 | 1 | 211 | 2-16, 25 |
| 11 | 22-25 | 125 | 1-4 | 212 | 1-3 |
| 13 | 1-13 | 128 | 25 | 214 | 14-17, 25 |
| 14 | 23-25 | 129 | 1-13 | 215 | 1-5, 12-25 |
| 15 | 1-25 | 130 | 1-25 | 216 | 12-23 |
| 16 | 1-12 | 132 | 9-14, 18-25 | 217 | 17-25 |
| 17 | 3-25 | 133 | 1 | 218 | 1-13 |
| 18 | 5-25 | 136 | 8-17, 23-25 | 225 | 11-21 |
| 19 | 1-25 | 137 | 1-18, 23-25 | 226 | 2-8 |
| 21 | 17-25 | 138 | 1, 5-22 | 228 | 21-25 |
| 22 | 1-19 | 142 | 23-25 | 229 | 1-14 |
| 23 | 1-25 | 143 | 1-11 | 233 | 20-23 |
| 24 | 16-25 | 144 | 11-25 | 241 | 1-25 |
| 25 | 1-6, 19-25 | 145 | 1-7 | 245 | 12-21, 23-25 |
| 26 | 1-7 | 150 | 4-25 | 246 | 1-17 |
| 31 | 14-25 | 151 | 1-25 | 247 | 13-25 |
| 32 | 1-10 | 152 | 2-6, 11-20 | 248 | 1-25 |
| 37 | 16-25 | 153 | 8-9 | 249 | 1-17 |
| 42 | 13-20 | 156 | 17-25 | 250 | 4-20, 21-25 |
| 45 | 4-17 | 157 | 1-10 | 251 | 1-25 |
| 47 | 2-25 | 158 | 19-23 | 252 | 1-3, 8-25 |
| 48 | 1-8 | 159 | 2-4, 18-25 | 253 | 1-25 |
| 54 | 16-22 | 160 | 24-25 | 254 | 7-25 |
| 55 | 8-24 | 161 | 1-22 | 255 | 1-18, 24-25 |
| 57 | 4-16 | 164 | 4-18 | 256 | 1, 10-25 |
| 59 | 9-24 | 169 | 8-21 | 257 | 1-25 |
| 60 | 18-22 | 171 | 15-19 | 258 | 1-20, 23-25 |
| 65 | 14-20 | 180 | 9-17 | 259 | 1-11, 13-20 |
| 67 | 7-15 | 188 | 6-25 | 260 | 1-25 |
| 69 | 6-25 | 189 | 1-20 | 261 | 1-25 |
| 70 | 1-9 | 196 | 15-25 | 262 | 1-8 |
| 77 | 13-25 | 197 | 1-15 | 263 | 18-25 |
| 78 | 1-10 | 198 | 1-6, 24-25 | 264 | 1-25 |
| 80 | 2-12 | 199 | 1-25 | 265 | 1-7, 10-24 |
| 81 | 8-25 | 201 | 10-25 | 266 | 1-25 |
| 82 | 1-3 | 202 | 1-11 | 267 | 3-15, 16-25 |
| 87 | 10-14 | 203 | 20-24 | 268 | 1-4, 7-25 |
| 92 | 4-19 | 205 | 16-22 | 269 | 1-4 |
| 99 | 5-18 | 206 | 5-9, 15-25 | 273 | 11-13 |
| 113 | 11-22 | 207 | 1-4, 14-21 | 276 | 10-18, 19-25 |
| 114 | 11-25 | | | | |

5. Mark Trigilio with the following designations of deposition testimony:

| Page(s) | Line(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| 6 | 9-25 | 54 | 2-4, 10-25 | 129 | 13-25 |
| 7 | 1-3 | 55 | 9-22 | 130 | 1-25 |
| 9 | 3-5, 22-25 | 56 | 23-25 | 131 | 1-4 |
| 10 | 1-25 | 57 | 1-25 | 132 | 22-25 |
| 11 | 1-10 | 58 | 1-25 | 135 | 8-25 |
| 12 | 17-25 | 59 | 1-25 | 136 | 1-2 |
| 13 | 1-25 | 60 | 1-25 | 138 | 1-11 |
| 14 | 18-25 | 61 | 1-25 | 140 | 10-25 |
| 15 | 1-8 | 62 | 1-15 | 141 | 1-21 |
| 17 | 1-10 | 63 | 1-25 | 144 | 3-17 |
| 18 | 1-25 | 69 | 1-11, 22-25 | 149 | 17-25 |
| 28 | 17-25 | 70 | 1-6, 14-25 | 150 | 1-9 |
| 29 | 1-11 | 71 | 1-16 | 157 | 10-17 |
| 30 | 6-25 | 74 | 7-20 | 164 | 25 |
| 31 | 1-25 | 79 | 2-24 | 165 | 1-11 |
| 32 | 1-24 | 80 | 7-25 | 181 | 17-22 |
| 33 | 1-25 | 81 | 1-25 | 184 | 4-17 |
| 34 | 1-25 | 82 | 1-25 | 185 | 4-25 |
| 35 | 1-25 | 83 | 1-25 | 186 | 1-17 |
| 36 | 1-25 | 84 | 1-16 | 188 | 5-25 |
| 37 | 1-25 | 102 | 21-25 | 189 | 1-8 |
| 38 | 1-5 | 103 | 1-7 | 194 | |
| 39 | 4-18 | 104 | 3-20 | 195 | |
| 40 | 7-25 | 105 | 15-25 | 196 | |
| 41 | 1-25 | 107 | 17-25 | 201 | |
| 42 | 1-11 | 108 | 13-24 | 202 | |
| 43 | 17-25 | 118 | 25 | | |
| 44 | 1-17 | 119 | 1-25 | | |
| 46 | 19-24 | 120 | 1-7 | 203 | 1-25 |
| 48 | 19-25 | 123 | 25 | 204 | 1-25 |
| 49 | 1 | 124 | 19-25 | 205 | 1-25 |
| 50 | 25 | 125 | 1-25 | 206 | 24-25 |
| 51 | 1-25 | 126 | 7-20 | 207 | 1-25 |
| 52 | 1-25 | 127 | 12-25 | 208 | 1-14, 23-25 |
| 53 | 1-10 | 128 | 1-20 | 209 | 1-17 |

6. Leanne Berndt

| Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|
| 3 | 9 | 31 | 1-11 |
| 4 | 23-25 | 39 | 11-18 |
| 5 | 1-11 | 41 | 2-7 |
| 8 | 9-11 | 42 | 1-5, 4-7, 25 |
| 10 | 12-15, 21-25 | 42 | 1-5, 4-7, 25 |
| 13 | 23-25 | 44 | 25 |
| 16 | 1-17 | 45 | 1-10 |
| 20 | 1-7 | 46 | 11-15 |
| 23 | 20-25 | 48 | 7-25 |
| 24 | 1, 11-17 | 49 | 9-13, 24-25 |
| 26 | 10-15 | 50 | 3-25 |
| 28 | 8-25 | 51 | 9-25 |
| 29 | 9-25 | 52 | 1-7 |
| 30 | 1-8 | | |

7. Nicole Shields

| Page(s) | Line(s) | Page(s) | Line(s) | Page(s) | Line(s) |
|---|---|---|---|---|---|
| 5 | 7-20 | 47 | 1-15 | 141 | 4-17 |
| 9 | 15-25 | 52 | 3-12 | 160 | 13-25 |
| 10 | 13-25 | 55 | 8-25 | 161 | 1-11 |
| 11 | 1-25 | 61 | 14-25 | 168 | 4-25 |
| 12 | 1-25 | 62 | 1-14 | 169 | 1-4 |
| 13 | 1-18 | 68 | 1-25 | 171 | 17-25 |
| 22 | 2-25 | 69 | 23-25 | 172 | 1-23 |
| 23 | 1-19, 23-25 | 70 | 1-9, 20-25 | 188 | 6-23 |
| 24 | 1-9, 24-25 | 71 | 1-11, 16-25 | 189 | 1-25 |
| 25 | 1-7 | 72 | 1-18, 23-25 | 190 | 1-2 |
| 27 | 19-25 | 73 | 1-22 | 191 | 1-10, 18-25 |
| 28 | 1-22 | 76 | 16-25 | 192 | 1-25 |
| 29 | 9-25 | 78 | 3-16 | 193 | 1-25 |
| 30 | 9-20 | 82 | 19-24 | 194 | 1-22 |
| 31 | 21-25 | 97 | 3-14, 19-25 | 196 | 10-20 |
| 32 | 1-25 | 98 | 1-8, 14-25 | 227 | 1-4, 11-21 |
| 33 | 1-8, 12-15 | 99 | 1-2 | | |
| 34 | 3-16, 22-25 | 100 | 9-25 | | |
| 35 | 1-21 | 101 | 1-3 | | |
| 36 | 16-25 | 102 | 24-25 | | |
| 37 | 1-25 | 103 | 1-17 | | |
| 38 | 1-3, 12-25 | 107 | 5-13 | | |
| 39 | 1, 22-24 | 134 | 19-25 | | |
| 44 | 25 | 135 | 1-9 | | |
| 45 | 1-18, 24-25 | 137 | 18-25 | | |
| 46 | 1-25 | 140 | 3-23 | | |

7

(A)(iii).   <u>An identification of each document or other exhibit, including summaries of others evidence – separately identifying those items the party expects to offer and those it may offer if the need arises.</u>

Erie expects to offer the following documents or exhibits at trial:

1. Certified copy of policies of insurance issued by Erie to Rausers (ERIE746-800)
2. ErieSecure Home Application (ERIE669-671);
3. Homeowners Insurance – Request a Quote (Exhibit 15 to depositions);
4. MSBs (ERIE7551-7554; ERIE7547-7550);
5. Hitson Insurance Checklist (Exhibit 19 to depositions)
6. Hitson Insurance Quote (Exhibit 20 to depositions)
7. Bolton Documents (BOLTON001-043);
8. Pinnacle Bank documents (including appraisal by Southern Appraisal Company);
9. Wall Street Journal Article (ERIE733-745);
10. Email and blank Hitson Insurance Quote for Homeowners Ins. (AGENCYFILE 296-297);
11. Email and completed Hitson Insurance Quote for Homeowners Ins. (AGENCYFILE 292-293);
12. Building Permit (ERIE668);
13. Email and ErieSecure home Quote (AGENCYFILE 282-286);
14. ErieSecure Home Application (AGENCYFILE 138-140);
15. Handwritten notes by Sean Ragland (Exhibit 78 to depositions);
16. Photographs (Exhibit 79 to depositions);
17. A&M Building Construction Contract (several revised versions)
18. Email and insurance quote (Exhibit 91 to depositions)
19. Emails between Cook to Rauser (ERIE2040-2043)
20. Records of Matthew Peterson, North Dakota insurance agent (MMA-CR-00001-104)
21. Email regarding insurance quote of $3.5M (ERIE1126-34)
22. Cease and Desist letter
23. Background documents on Rauser companies (collective) (Exhibit 96 to depositions)
24. Construction invoices / receipts (ERIE2572-4598)
25. Erie accounting for construction invoices prepared by Morgan Johnson Carpenter;
26. Emails between Rauser and builders regarding completion (RAUSER018294-95; 018296-98; 018307-09; 018310-12; 018383-95; 018332-395)
27. Declarations Page for Rauser North Dakota residence MMA-CR-00015-17)
28. Email between Rauser and William Hirsch (RAUSER09870-73);
29. Rauser email (RAUSER011019);
30. Rauser change order (RAUSER010742-43);
31. Rauser email (RAUSER018291);
32. Rauser email (RAUSER018200);
33. Rauser email (RAUSER015854-016061) ;
34. Rauser email (RAUSER012605) ;
35. Rauser email (RAUSER017865-017448) ;
36. All documents produced in discovery by any party;
37. CV of Gregory Landes (Exhibit 95 to depositions);
38. Report of Gregory Landes;
39. CV of Bernd Heinze;
40. Report of Bernd Heinze;

41. CV of James Mauhrin;
42. Report of James Mauhrin;
43. Recorded statement of Claire Rauser (ERIE4683-4686);
44. Any other exhibits listed by any other party.

Erie may use the following exhibits if the need arises:

1. Deposition transcripts (including all exhibits) of all witnesses/parties taken in this action;
2. Transcript of Examination Under Oath (including exhibits) of Claire Rauser (ERIE402-665);
3. Documents of Byron Hartzler;
4. Documents of Jonathan Miller Architecture & Design;
5. Documents of Johnson Architecture, Inc.;
6. Opinion/Order by District Court of North Carolina in Relistar Life Insurance Company v. Laschkewitsch re: Motion to Exclude Daryll Martin
7. Erie Underwriting Guidelines (ERIE 6415-6439);
8. Erie Underwriting Procedure Manual (ERIE6440-6624);
9. Erie Property Procedure and Policy Manual (Exhibit 83 to depositions)
10. Reservation of Rights Letter, dated May 8, 2019 (Exhibit 34 to depositions);
11. Reservation of Rights Letter, dated May 21, 2019 (Exhibit 35 to depositions);
12. Proof of Loss (ERIE672);
13. Blueprints for Rauser construction.

# ERIE INSURANCE COMPANY

By: __/s/ S. Morris Hadden_____
S. Morris Hadden (BPR #: 000747)
Caroline Ross Williams (BPR #: 029454)
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN  37664
P: (423) 378-8820; F: (423) 378-8801
E-mail: mhadden@hsdlaw.com
P: (423) 378-8837; F: (423) 378-8801
E-mail: cwilliams@hsdlaw.com

By: __/s/ Kenneth A. Calderone_____
Kenneth A. Calderone (*Admitted Pro Hac Vice*)
Hanna, Campbell & Powell LLP
3737 Embassy Parkway; Suite 100
Akron, OH 44333
(330) 670-7324; Fax: (330) 670-7440
Email: kcalderone@hcplaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Pre-Trial Disclosures of Erie Insurance Company* has been served by United States Mail, postage prepaid, to the office of counsel of record, on this the 27th day of September, 2021, as follows:

| | |
|---|---|
| David A. Draper, Esq. | Robert Crawford, Esq. |
| Jared S. Garceau, Esq. | Nathaniel Moore, Esq. |
| LEWIS THOMASON | KRAMER RAYSON LLP |
| 620 Market Street | P.O. Box 629 |
| P.O. Box 2425 | Knoxville, TN 37901 |
| Knoxville, TN 37901 | |

Jeffrey P. Hubbard, Esq.
ADMITTED PRO HAC VICE
HUBBARD, MITCHELL, WILLIAMS & STRAIN
1062 Highland Colony Parkway, Suite 222
Ridgeland, MS 39157

**HUNTER, SMITH & DAVIS, LLP**

/s/ S. Morris Hadden
S. Morris Hadden