**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| vs. | ) | No.: 3:19-cv-00375-TRM-HBG |
| | ) | |
| CLAIRE RAUSER AND CAROL RAUSER, | ) | |
| | ) | |
| Defendant/Counter-Plaintiffs, | ) | |
| | ) | |
| | ) | |
| AND | ) | |
| | ) | |
| CLAIRE RAUSER AND CAROL RAUSER, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| HITSON INSURANCE, INC., BRYAN INSURANCE GROUP, MATTHEW BRYAN, AND MICHELE SELF, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**DEFENDANT/COUNTER-PLAINTIFFS/THIRD-PARTY PLAINTIFFS'
PRE-TRIAL DISCLOSURES**

Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Claire Rauser and Carol Rauser

("Rausers"), by and through counsel, pursuant to the Fed. R. Civ. P. 26(a)(3), make the following

Pre-Trial Disclosures:

**WITNESSES**

The Rausers expect to call the following witnesses:

1. Claire Rauser

2. Keith Doak

3. Sean Ragland

4. Nicole Shields

5. Mark Trigilio

6. Leanne Berndt

7. Scot Morganson

8. Matthew Bryan

9. Michele Self

10. Caitlin Cook

11. Darryl Martin

12. Brent Blalock

The Rausers may call the following witnesses if the need arises:

1. Carol Rauser

2. Farron Bolton

3. Heather Pace

4. Keith Edmonds

5. Lance Blair

6. Aaron Lehnert

7. Matt Peterson

8. Byron Hartzler

9. James Mahurin

10. Bernard Heinze

11. David Conners

12. Any individuals named by the Plaintiff (Erie) and/or the Third-Party Defendants.

13. Unknown impeachment witnesses.

## DEPOSITION DESIGNATIONS

The Rausers reserve the right to use or offer any deposition excerpts used or offered by Plaintiff or Third-Party Defendants in this matter. The Rausers further reserve the right to designate additional testimony of these and other witnesses for cross examination, impeachment, and/or in rebuttal if necessary. To the extent there is a video recording of any of the following depositions, the Rausers may introduce the portions of the video recording which correspond to the page and line numbers identified below.

### LEANNE BERNDT TAKEN ON SEPTEMBER 14, 2020

| START | | END | |
| --- | --- | --- | --- |
| PAGE | LINE | PAGE | LINE |
| 3 | 7 | 3 | 9 |
| 3 | 14 | 3 | 17 |
| 4 | 23 | 5 | 11 |
| 5 | 17 | 7 | 14 |
| 9 | 3 | 12 | 3 |
| 12 | 8 | 13 | 11 |
| 15 | 14 | 15 | 16 |
| 15 | 24 | 18 | 11 |
| 18 | 25 | 20 | 13 |
| 20 | 19 | 26 | 22 |
| 27 | 14 | 30 | 8 |
| 30 | 12 | 30 | 19 |
| 30 | 23 | 32 | 13 |
| 34 | 6 | 46 | 3 |
| 46 | 9 | 49 | 13 |

## LANCE BLAIR TAKEN ON OCTOBER 15, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 70 | 22 | 108 | 4 |
| 120 | 19 | 126 | 1 |

## MATTHEW BRYAN TAKEN AUGUST 18, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 6 | 5 | 16 |
| 8 | 12 | 9 | 5 |
| 10 | 7 | 12 | 3 |
| 14 | 4 | 15 | 20 |
| 16 | 10 | 16 | 13 |
| 18 | 1 | 19 | 15 |
| 20 | 9 | 21 | 3 |
| 21 | 19 | 22 | 6 |
| 23 | 23 | 25 | 5 |
| 25 | 13 | 26 | 14 |
| 27 | 1 | 32 | 2 |
| 33 | 20 | 35 | 7 |
| 36 | 15 | 36 | 25 |
| 38 | 1 | 44 | 5 |
| 45 | 6 | 63 | 6 |
| 64 | 13 | 64 | 25 |
| 65 | 25 | 66 | 23 |
| 67 | 5 | 74 | 6 |
| 75 | 3 | 75 | 21 |
| 77 | 3 | 78 | 5 |
| 78 | 10 | 84 | 18 |
| 85 | 11 | 85 | 20 |
| 86 | 20 | 88 | 24 |
| 92 | 9 | 96 | 9 |
| 96 | 20 | 96 | 24 |
| 97 | 10 | 98 | 21 |
| 99 | 25 | 100 | 25 |
| 101 | 19 | 102 | 13 |
| 102 | 25 | 104 | 12 |
| 104 | 24 | 107 | 24 |
| 108 | 13 | 110 | 15 |
| 112 | 16 | 116 | 25 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 117 | 13 | 118 | 17 |
| 119 | 23 | 120 | 5 |
| 121 | 7 | 127 | 4 |
| 127 | 16 | 129 | 1 |
| 129 | 9 | 133 | 25 |
| 136 | 4 | 136 | 25 |
| 138 | 6 | 138 | 17 |
| 139 | 10 | 140 | 15 |
| 142 | 16 | 151 | 6 |
| 153 | 13 | 154 | 22 |
| 156 | 19 | 158 | 4 |
| 158 | 23 | 160 | 9 |
| 160 | 22 | 161 | 3 |
| 162 | 4 | 167 | 11 |
| 168 | 4 | 168 | 16 |
| 170 | 21 | 171 | 10 |
| 177 | 3 | 181 | 15 |
| 191 | 6 | 191 | 22 |
| 193 | 15 | 200 | 14 |
| 203 | 24 | 204 | 16 |

### DAVID CONNORS TAKEN ON NOVEMBER 12, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 7 | 6 | 3 |
| 6 | 20 | 7 | 5 |
| 8 | 5 | 9 | 3 |
| 19 | 9 | 19 | 11 |
| 22 | 7 | 22 | 21 |
| 40 | 6 | 41 | 23 |
| 42 | 17 | 42 | 24 |
| 64 | 17 | 66 | 3 |
| 66 | 17 | 67 | 13 |

### CAITLYN COOK TAKEN AUGUST 10, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 6 | 5 | 10 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 22 | 6 | 1 |
| 9 | 1 | 11 | 7 |
| 14 | 11 | 14 | 23 |
| 16 | 8 | 21 | 1 |
| 21 | 13 | 21 | 16 |
| 21 | 22 | 21 | 25 |
| 22 | 24 | 35 | 19 |
| 36 | 23 | 36 | 25 |
| 37 | 20 | 53 | 19 |
| 54 | 18 | 56 | 6 |
| 56 | 13 | 57 | 11 |
| 77 | 11 | 79 | 4 |
| 82 | 19 | 82 | 25 |
| 83 | 5 | 84 | 25 |
| 85 | 17 | 85 | 21 |
| 88 | 17 | 92 | 24 |
| 96 | 16 | 96 | 23 |
| 97 | 18 | 97 | 25 |
| 99 | 12 | 99 | 22 |
| 100 | 16 | 101 | 25 |
| 102 | 3 | 106 | 25 |
| 112 | 7 | 112 | 22 |

## KEITH DOAK TAKEN ON JULY 22, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 4 | 7 | 4 | 16 |
| 4 | 21 | 4 | 25 |
| 5 | 10 | 5 | 14 |
| 5 | 19 | 5 | 25 |
| 6 | 4 | 6 | 12 |
| 7 | 1 | 7 | 19 |
| 11 | 15 | 12 | 25 |
| 18 | 10 | 19 | 12 |
| 19 | 20 | 23 | 10 |
| 24 | 2 | 29 | 11 |
| 29 | 18 | 30 | 10 |
| 30 | 23 | 31 | 4 |
| 31 | 12 | 32 | 10 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 32 | 15 | 33 | 2 |
| 33 | 12 | 33 | 21 |
| 34 | 2 | 34 | 10 |
| 35 | 7 | 36 | 25 |
| 41 | 18 | 42 | 7 |
| 48 | 7 | 48 | 11 |
| 49 | 5 | 50 | 25 |
| 57 | 4 | 57 | 20 |
| 59 | 7 | 59 | 24 |
| 60 | 12 | 60 | 22 |
| 61 | 9 | 61 | 13 |
| 62 | 1 | 63 | 3 |
| 63 | 16 | 63 | 19 |
| 64 | 6 | 64 | 15 |
| 65 | 16 | 65 | 22 |
| 76 | 20 | 77 | 10 |
| 77 | 19 | 78 | 22 |
| 83 | 16 | 83 | 22 |
| 84 | 16 | 85 | 4 |
| 85 | 12 | 85 | 23 |
| 96 | 6 | 98 | 8 |
| 98 | 14 | 98 | 25 |
| 102 | 25 | 104 | 8 |
| 105 | 1 | 106 | 25 |
| 108 | 5 | 109 | 19 |
| 114 | 7 | 116 | 8 |
| 120 | 23 | 121 | 7 |
| 122 | 13 | 124 | 11 |
| 126 | 12 | 129 | 19 |
| 129 | 24 | 130 | 6 |
| 133 | 2 | 133 | 18 |

## AARON LEHNERT TAKEN ON NOVEMBER 12, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 58 | 8 | 115 | 12 |
| 128 | 19 | 132 | 16 |

## MATTHEW PETERSON TAKEN OCTOBER 5, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 4 | 17 | 4 | 25 |
| 6 | 14 | 6 | 25 |
| 10 | 21 | 11 | 25 |
| 12 | 4 | 12 | 11 |
| 13 | 5 | 14 | 8 |
| 67 | 22 | 68 | 9 |
| 83 | 4 | 86 | 16 |

## SCOT MORGASON TAKEN SEPTEMBER 18, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 4 | 7 | 4 | 11 |
| 4 | 16 | 7 | 3 |
| 9 | 10 | 12 | 1 |
| 12 | 22 | 14 | 10 |
| 14 | 23 | 16 | 12 |
| 16 | 16 | 18 | 18 |
| 19 | 10 | 21 | 25 |
| 22 | 11 | 42 | 2 |
| 43 | 2 | 44 | 25 |
| 45 | 8 | 50 | 15 |
| 50 | 25 | 52 | 25 |
| 53 | 8 | 53 | 12 |
| 53 | 17 | 54 | 17 |
| 58 | 9 | 58 | 17 |
| | | | |

## SEAN RAGLAND TAKEN ON OCTOBER 2, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 5 | 7 | 5 | 9 |
| 6 | 2 | 6 | 6 |
| 6 | 13 | 7 | 7 |
| 11 | 5 | 11 | 21 |
| 14 | 5 | 16 | 1 |
| 16 | 14 | 17 | 9 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 19 | 13 | 19 | 23 |
| 20 | 8 | 20 | 10 |
| 21 | 2 | 21 | 16 |
| 25 | 17 | 27 | 8 |
| 27 | 13 | 27 | 14 |
| 27 | 24 | 28 | 14 |
| 29 | 15 | 30 | 20 |
| 31 | 4 | 31 | 20 |
| 34 | 10 | 37 | 21 |
| 38 | 20 | 39 | 5 |
| 41 | 11 | 45 | 2 |
| 45 | 20 | 45 | 6 |
| 54 | 13 | 56 | 18 |
| 68 | 18 | 69 | 15 |
| 70 | 15 | 71 | 8 |
| 72 | 15 | 74 | 5 |
| 74 | 10 | 74 | 21 |
| 75 | 1 | 75 | 16 |
| 79 | 6 | 79 | 14 |
| 79 | 21 | 80 | 3 |
| 80 | 24 | 90 | 21 |
| 94 | 2 | 95 | 7 |
| 102 | 22 | 104 | 10 |
| 110 | 4 | 115 | 3 |
| 117 | 25 | 118 | 5 |
| 121 | 12 | 125 | 22 |

## MICHELE SELF TAKEN AUGUST 18, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 7 | 7 | 7 | 18 |
| 10 | 6 | 10 | 15 |
| 10 | 20 | 10 | 22 |
| 12 | 23 | 17 | 13 |
| 18 | 13 | 18 | 25 |
| 19 | 9 | 24 | 6 |
| 25 | 24 | 35 | 18 |
| 36 | 17 | 37 | 6 |
| 38 | 4 | 41 | 23 |

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 42 | 4 | 42 | 21 |
| 43 | 3 | 43 | 16 |
| 43 | 22 | 44 | 10 |
| 44 | 25 | 45 | 9 |
| 46 | 17 | 47 | 7 |
| 47 | 21 | 48 | 21 |
| 49 | 4 | 51 | 23 |
| 53 | 12 | 53 | 17 |
| 55 | 20 | 56 | 12 |
| 59 | 16 | 67 | 24 |
| 68 | 6 | 69 | 1 |
| 69 | 11 | 71 | 17 |
| 72 | 7 | 73 | 11 |
| 74 | 19 | 78 | 7 |
| 80 | 19 | 82 | 15 |
| 83 | 14 | 85 | 8 |
| 87 | 4 | 87 | 12 |
| 88 | 5 | 89 | 5 |
| 89 | 10 | 90 | 3 |
| 90 | 10 | 91 | 22 |
| 92 | 17 | 94 | 19 |
| 95 | 9 | 96 | 19 |
| 97 | 5 | 98 | 10 |
| 99 | 9 | 99 | 14 |
| 100 | 12 | 101 | 18 |
| 102 | 9 | 102 | 19 |
| 103 | 6 | 103 | 10 |
| 104 | 25 | 106 | 4 |
| 107 | 2 | 115 | 8 |
| 146 | 21 | 147 | 23 |
| 149 | 21 | 150 | 9 |
| 151 | 9 | 152 | 19 |
| 153 | 5 | 154 | 25 |
| 160 | 10 | 161 | 21 |
| 165 | 14 | 166 | 23 |
| 167 | 6 | 167 | 24 |
| 170 | 11 | 170 | 22 |
| 171 | 23 | 174 | 16 |
| 175 | 4 | 176 | 13 |
| 181 | 5 | 182 | 7 |

# NICOLE JEANETTE SHIELDS TAKEN ON JULY 21, 2020

| START | | END | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 5 | 7 | 5 | 20 |
| 6 | 5 | 6 | 13 |
| 8 | 14 | 8 | 23 |
| 9 | 9 | 9 | 11 |
| 9 | 15 | 9 | 25 |
| 11 | 23 | 12 | 24 |
| 13 | 10 | 14 | 19 |
| 15 | 1 | 15 | 12 |
| 16 | 2 | 16 | 23 |
| 19 | 14 | 20 | 25 |
| 22 | 9 | 29 | 3 |
| 29 | 9 | 31 | 18 |
| 34 | 22 | 36 | 12 |
| 42 | 4 | 42 | 6 |
| 43 | 19 | 49 | 2 |
| 50 | 22 | 50 | 25 |
| 51 | 7 | 51 | 16 |
| 51 | 25 | 52 | 12 |
| 53 | 1 | 54 | 10 |
| 54 | 22 | 56 | 7 |
| 56 | 18 | 56 | 22 |
| 58 | 12 | 59 | 12 |
| 60 | 8 | 64 | 25 |
| 66 | 23 | 67 | 22 |
| 68 | 17 | 69 | 9 |
| 69 | 23 | 70 | 25 |
| 71 | 4 | 74 | 19 |
| 76 | 3 | 76 | 25 |
| 77 | 20 | 78 | 16 |
| 79 | 22 | 80 | 5 |
| 81 | 4 | 81 | 12 |
| 83 | 12 | 85 | 17 |
| 86 | 6 | 88 | 19 |
| 89 | 6 | 89 | 19 |
| 90 | 18 | 90 | 25 |
| 92 | 11 | 92 | 21 |
| 93 | 14 | 95 | 22 |
| 96 | 21 | 96 | 25 |
| 97 | 17 | 98 | 5 |

| START | | END | |
|---|---|---|---|
| **PAGE** | **LINE** | **PAGE** | **LINE** |
| 99 | 11 | 101 | 3 |
| 101 | 7 | 101 | 20 |
| 101 | 24 | 102 | 11 |
| 103 | 1 | 108 | 20 |
| 109 | 10 | 109 | 11 |
| 109 | 17 | 109 | 18 |
| 110 | 9 | 110 | 15 |
| 113 | 10 | 113 | 17 |
| 116 | 18 | 116 | 20 |
| 122 | 1 | 123 | 22 |
| 127 | 10 | 128 | 22 |
| 130 | 1 | 130 | 5 |
| 131 | 7 | 132 | 6 |
| 133 | 6 | 138 | 17 |
| 139 | 1 | 140 | 23 |
| 141 | 1 | 143 | 8 |
| 145 | 12 | 147 | 5 |
| 152 | 9 | 153 | 10 |
| 153 | 22 | 154 | 23 |
| 155 | 1 | 155 | 10 |
| 157 | 1 | 158 | 7 |
| 162 | 24 | 164 | 20 |
| 165 | 22 | 171 | 15 |
| 174 | 2 | 174 | 19 |
| 175 | 8 | 177 | 14 |
| 183 | 12 | 185 | 4 |
| 186 | 4 | 186 | 18 |
| 187 | 22 | 192 | 8 |
| 193 | 1 | 196 | 25 |
| 198 | 18 | 202 | 25 |
| 204 | 14 | 205 | 2 |
| 211 | 4 | 211 | 16 |
| 213 | 1 | 214 | 15 |
| 218 | 6 | 219 | 3 |
| 220 | 15 | 220 | 22 |
| 221 | 11 | 223 | 17 |
| 227 | 11 | 228 | 10 |
| | | | |
| | | | |

## MARK TRIGILIO TAKEN ON AUGUST 20, 2020

| START | | END | |
|---|---|---|---|
| PAGE | LINE | PAGE | LINE |
| 6 | 9 | 6 | 12 |
| 6 | 22 | 7 | 7 |
| 9 | 3 | 9 | 5 |
| 9 | 13 | 9 | 17 |
| 10 | 3 | 13 | 25 |
| 15 | 9 | 15 | 13 |
| 15 | 17 | 19 | 9 |
| 20 | 15 | 29 | 11 |
| 30 | 6 | 37 | 25 |
| 38 | 20 | 40 | 1 |
| 40 | 7 | 42 | 8 |
| 42 | 16 | 43 | 5 |
| 44 | 21 | 45 | 6 |
| 45 | 11 | 48 | 14 |
| 49 | 2 | 50 | 3 |
| 53 | 16 | 58 | 12 |
| 62 | 21 | 65 | 24 |
| 67 | 9 | 68 | 25 |
| 69 | 12 | 84 | 16 |
| 85 | 1 | 91 | 3 |
| 92 | 3 | 95 | 15 |
| 96 | 11 | 96 | 13 |
| 98 | 10 | 100 | 15 |
| 101 | 15 | 105 | 2 |
| 107 | 2 | 107 | 9 |
| 108 | 13 | 108 | 17 |
| 112 | 14 | 112 | 19 |
| 113 | 3 | 113 | 25 |
| 114 | 6 | 114 | 14 |
| 117 | 17 | 121 | 25 |
| 122 | 4 | 124 | 8 |
| 127 | 12 | 128 | 20 |
| 129 | 13 | 134 | 13 |
| 135 | 8 | 136 | 12 |
| 138 | 1 | 138 | 18 |
| 139 | 6 | 139 | 14 |
| 140 | 2 | 146 | 4 |
| 147 | 2 | 150 | 6 |
| 151 | 14 | 152 | 24 |

| START | | END | |
|:---:|:---:|:---:|:---:|
| PAGE | LINE | PAGE | LINE |
| 153 | 7 | 154 | 11 |
| 155 | 7 | 157 | 12 |
| 159 | 22 | 160 | 5 |
| 160 | 15 | 162 | 7 |
| 163 | 5 | 165 | 25 |
| 166 | 9 | 166 | 25 |
| 168 | 2 | 168 | 11 |
| 171 | 3 | 174 | 7 |
| 174 | 16 | 176 | 1 |
| 179 | 12 | 182 | 7 |
| 183 | 19 | 188 | 4 |
| 189 | 13 | 196 | 16 |
| 198 | 15 | 202 | 4 |

**EXHIBITS**

The Rausers intend to introduce the following documents as exhibits at the trial of this matter:

| NAME OF EXHIBIT | DEPO. EXHIBIT NO. |
|:---|:---:|
| Notice of Depositions | 1 |
| Agency Agreement 6749-6760 | 3 |
| Policy | 4 |
| FAQ 6033 – 6037 | 5 |
| Erie Secure Underwriting Guidelines 6415-6439 | 6 |
| Claim Note 4702 | 7 |
| Underwriting Procedures Manual 6440-6624 | 8 |
| Erie Secure Home Application | 9 |
| Comments Review Screen 903 | 10 |
| Erie Website | 15 |

| NAME OF EXHIBIT | DEPO. EXHIBIT NO. |
|---|---|
| Comments Review Screenshot | 16 |
| Erie Agency Guide 6625-6748 | 17 |
| MSB Reports | 18 |
| Hitson Application | 19 |
| Hitson Request for Quote | 20 |
| Email from Shields to Trigilio 6766 | 21 |
| Email from Dan Zduski 6775 | 22 |
| Email Large Loss 2139-2141 | 23 |
| Trigilio to Shields 6785 | 24 |
| Email from Shields to Zdunski 2148 | 25 |
| Email from Trigilio to Shields 6786-6790 | 26 |
| Email from Shields to Bates 6802-6803 | 28 |
| Email from Cook to Trigilio 7005-7006 | 31 |
| Email from Trigilio to Cook 7013-7015 | 32 |
| Reservation of Rights Letter – Ragland | 34 |
| Supplemental Reservation of Rights | 35 |
| Erie's Answer to Interrogatories | 36 |
| Michele Self Statement | 37 |
| Late Filed Builders' Risk Endorsement | 38 |
| Email from Cook to Rauser 2040 | 39 |
| Email from Cook to Trigilio 2041 | 40 |
| Email from Trigilio to Bryan 2043 | 41 |

| NAME OF EXHIBIT | DEPO. EXHIBIT NO. |
|---|---|
| Claim Note 4602 | 42 |
| Pinnacle Documents | 46 |
| Email from Self to Rauser Enclosing Proposal | 52 |
| ErieSecure Home Application | 53 |
| Email to Matthew Bryan regarding Church Quote and Meeting | 54 |
| Caitlin Cook Resignation Email | 57 |
| Caitlin Cook Linked Bio | 58 |
| Caitlin Cook License | 59 |
| Caitlin Cook Emails 1-32 | 60 |
| Michele Self Resignation Letter | 61 |
| Large Loss Report | 65 |
| Email from Self to Rauser regarding Auto / Hope Things are Going Smoothly with Home | 66 |
| Underwriter Screen Shots | 67 |
| Matthew Bryan Sworn Statement | 69 |
| Printout from Bryan Insurance Website "About Bryan Insurance Group" | 70 |
| Printout from Bryan Insurance Website "Homeowners" | 71 |
| LinkIn Bio | 72 |
| COPE Description | 75 |
| Claim Notes | 76 |

| NAME OF EXHIBIT | DEPO. EXHIBIT NO. |
|---|---|
| Photographs | 79 |
| Letter Enclosing Check for 2 Million | 82 |
| Policy and Procedure Manual | 83 |
| Proof of Loss | 84 |
| Claims Practices Guide TN | 85 |
| Drawings Excerpt | 89 |
| Exhibits Referenced at Daryll Martin Deposition | 96A |
| Mahurin Reviewed Materials List | 97 |
| IRMI Builders Risk Checklist | 98 |
| Erie Builders Risk Application | 99 |
| Mahurin Report Pages 2-13 | 100 |
| Expert Report of Daryll W. Martin Dated 10/26/2020 and all documents attached thereto and/or referenced therein | |
| Supplemental and Rebuttal Report of Daryll W. Martin Dated 11/23/2020 and all documents attached thereto and/or referenced therein | |
| Second Supplemental Report of Daryll W. Martin Dated 1/25/2021 and all documents attached thereto and/or referenced therein | |
| Expert Report of Brent Blalock Dated 10/26/2020 and all documents attached thereto and/or referenced therein | |
| Supplement #1 to Expert Report of Brent Blalock Dated 11/23/2020 and all documents attached thereto and/or referenced therein | |

| NAME OF EXHIBIT | DEPO. EXHIBIT NO. |
|---|---|
| Supplement #2 to Expert Report of Brent Blalock Dated 11/23/2020 and all documents attached thereto and/or referenced therein | |
| Rauser Expert Disclosures of Brent Blalock and Daryll Martin dated 10/26/2020 | |
| Set of House Plans dated 12/8/15 Together with Structural Drawings S0.1 – S7.4 Bearing Stamp Date 1/4/16, a copy of which was provided by the Rausers to Sean Ragland as discussed in Ragland Deposition | |
| Complaint filed by Erie Insurance Company Against A&M Building and Contracting, Inc., et al. in the Blount County Circuit Court, Docket No. L-20758 on July 22, 2021 | |
| Responses of Erie Insurance Company to Rausers' Second Set of Requests for Production dated 11/20/2020 | |

The Rausers may introduce the following documents as exhibits at the trial of this matter if the need arises:

| NAME OF EXHIBIT | EXHIBIT NO. |
|---|---|
| Produced Jabber Records | 13 |
| Large Reserve Notification Summary 7104 | 14 |
| Email from Laskowski to Trigilio Sending XL Spreadsheet 6805-6807 | 29 |
| Bolton Documents 7569-7597 | 44 |
| Building Permit | 48 |
| Email from Self to Rauser Enclosing Quote Sheet | 49 |
| Email from Rauser to Self Enclosing Completed Quote Sheet | 50 |

| NAME OF EXHIBIT | EXHIBIT NO. |
|---|---|
| Email from Alyssa Bartram to Michele Self regarding call from Claire Rauser | 51 |
| Michele Self License | 62 |
| Learning History | 63 |
| Hitson Secretary of State Documents | 64 |
| Photos | 74 |
| Enservio Inventory | 80 |
| Letters from Sean Ragland | 81 |
| Regulatory Awareness PowerPoint | 86 |
| Claire Rauser Notes Regarding Valuation Differences with Enservio | 87 |
| MJC Report | 88 |
| Matthew Peterson File | 90A |
| Construction Agreement | 90B |
| Email Insurance Quote Bates 11126-11134 | 91 |
| 11-12-20 A&M Building and Contracting Licenses Printout | 92 |
| Greco Report by Landes | 93 |
| Greco Invoices | 94 |
| Landes CV | 95 |
| All Expert Disclosures of Erie Insurance Company Dated 10/26/2020 | |

| NAME OF EXHIBIT | EXHIBIT NO. |
|---|---|
| All Expert Disclosures of Third-Party Defendants Dated 10/26/2020 | |
| Responses of Erie Insurance Company to Rausers' First Set of Interrogatories Dated 3/27/2020 | |
| Responses of Erie Insurance Company to Rausers' First Set of Requests for Production of Documents Dated 4/28/2020 | |
| Responses of Erie Insurance Company to Rausers' Second Set of Interrogatories Dated 10/26/2020 | |
| Responses of Erie Insurance Company to Requests for Admission Dated 11/13/2020 | |
| Responses of Hitson Insurance, Inc. to Rausers' First Set of Interrogatories and Requests for Production of Documents | |
| Any Documents Designated By Any Other Party | |

Respectfully submitted this 27th day of September 2021.

s/David A. Draper
David A. Draper, Esq. (BPR #016067)
ddraper@lewisthomson.com
Jared S. Garceau, Esq. (BPR #033304)
jgarceau@lewisthomason.com

LEWIS, THOMASON, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendant/Counter-Plaintiffs/Third-Party Plaintiffs*
*Claire Rauser and Carol Rauser*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of September 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

<u>s/David A. Draper</u>
David A. Draper (BPR #016067)