IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ERIE INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| vs. | ) No.: 3:19-cv-00375-TRM-HBG |
| | ) |
| CLAIRE RAUSER AND CAROL RAUSER, | ) |
| | ) |
| Defendant/Counter-Plaintiffs, | ) |
| | ) |
| AND | ) |
| | ) |
| CLAIRE RAUSER AND CAROL RAUSER, | ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HITSON INSURANCE, INC., BRYAN INSURANCE GROUP, MATTHEW BRYAN, AND MICHELE SELF, | ) |
| | ) |
| Third-Party Defendants. | ) |

**JOINT MOTION BY ALL PARTIES
TO EXTEND DEADLINES FOR JURY INSTRUCTIONS,
JURY VERDICT FORM AND JOINT PRE-TRIAL ORDER**

COME all parties and jointly move for relief for the deadlines for (a) jury instructions; (b) jury verdict form; and (c) joint pre-trial order as set forth in the Court's Order [Doc. 137].

For grounds, the parties jointly state that while they have worked diligently to meet the deadlines for these filings, the parties would benefit from additional time in order to meet and confer, and potentially reach (some) agreement in order to make a joint submission for the Court's consideration.

WHEREFORE, the parties jointly request that the deadlines for the (a) jury instructions; (b) jury verdict form and (c) joint pretrial order be moved to October 22, 2021.

**ERIE INSURANCE COMPANY**

By:    */s/ S. Morris Hadden*
S. Morris Hadden (BPR #: 000747)
Caroline Ross Williams (BPR #: 029454)
HUNTER, SMITH & DAVIS, LLP
1212 North Eastman Road
Kingsport, TN 37664
P: (423) 378-8820; F: (423) 378-8801
E-mail: mhadden@hsdlaw.com
P: (423) 378-8837; F: (423) 378-8801
E-mail: cwilliams@hsdlaw.com

By:    */s/ Kenneth A. Calderone*
Kenneth A. Calderone (*Admitted Pro Hac Vice*)
Hanna, Campbell & Powell LLP
3737 Embassy Parkway; Suite 100
Akron, OH 44333
(330) 670-7324; Fax: (330) 670-7440
Email: kcalderone@hcplaw.net

**CLAIRE RAUSER AND CAROL RAUSER**

By:    */s/ David A. Draper*
David A. Draper (BPR #016067)
Jared S. Garceau (BPR #033304)
LEWIS THOMASON
620 Market Street
Knoxville, TN 37901
P: (865) 546-4646

**HITSON INSURANCE, INC., MATTHEW BRYAN GROUP, MATTHEW BRYAN, MICHELE SELF**

By:    */s/ Nathanial D. Moore*
Robert A. Crawford (BPR #: 007396)
Nathanial D. Moore (BPR #: 031520)
KRAMER RAYSON, LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901
P: (865) 525-5134

Jeffrey P. Hubbard, (BPR #2830)
Hubbard, Mitchell, Williams & Strain, PLLC
P.O. Box 13309
Jackson, MS 39236