UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ERIE INSURANCE COMPANY, | Case No. 3:19-cv-375 |
| *Plaintiff/Counter-Defendant*, | Judge Travis R. McDonough |
| v. | Magistrate Judge H. Bruce Guyton |
| CLAIRE RAUSER and CAROL RAUSER, | |
| *Defendants/Counter-Plaintiffs* | |
| CLAIRE RAUSER and CAROL RAUSER, | |
| *Third-Party Plaintiffs*, | |
| v. | |
| HITSON INSURANCE, INC., BRYAN INSURANCE GROUP, INC., MATTHEW BRYAN, and MICHELE SELF, | |
| *Third-Party Defendants*. | |

**ORDER**

The Court has discretion to change the trial location between divisions within this district "[f]or the convenience of parties and witnesses, in the interest of justice, . . . to any other . . . division where it might have been brought . . . ." 28 U.S.C. § 1404(a); *see* 28 U.S.C. § 123 (defining the four divisions that compose the Eastern District of Tennessee). Because it appears that holding the trial in Greeneville would be more convenient and less costly for the parties and witnesses, the location of the trial in this matter **SHALL** be held in **Greeneville** and will begin, pursuant to the scheduling order, on **Monday, November 8, 2021, at 9:00 a.m**. The final

pretrial conference, scheduled for October 25, 2021, at 3:00 p.m. will still be held in Chattanooga.

    **SO ORDERED.**

    /s/ *Travis R. McDonough*
    **TRAVIS R. MCDONOUGH**
    **UNITED STATES DISTRICT JUDGE**