IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ERIE INSURANCE COMPANY, | ) | |
|     Plaintiff/Counter-Defendant, | ) | |
| vs. | ) | No.: 3:19-cv-00375-TRM-HBG |
| CLAIRE RAUSER AND CAROL RAUSER, | ) | |
|     Defendant/Counter-Plaintiffs, | ) | |
| AND | ) | |
| CLAIRE RAUSER AND CAROL RAUSER, | ) | |
|     Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| HITSON INSURANCE, INC., BRYAN INSURANCE GROUP, MATTHEW BRYAN, AND MICHELE SELF, | ) | |
|     Third-Party Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Parties, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that all matters in dispute have been resolved and that this civil action is hereby dismissed with prejudice with each party to bear their own costs and expenses.

Respectfully submitted this 4th day of November, 2021.

/s/S.Morris Hadden_____
S. Morris Hadden (BPR#: 000747)
Caroline Ross Williams (BPR #: 029454)
Hunter, Smith & Davis, LLP
1212 North Eastman Road
Kingsport, TN 37664
P: (423) 378-8820; F: (423) 378-8801
E-mail: mhadden@hsdlaw.com
P: (423) 378-8837; F: (423) 378-8801
E-mail: cwilliams@hsdlaw.com

Kenneth A. Calderone (*Pro Hac Vice*)
Hanna, Campbell & Powell LLP
3737 Embassy Parkway; Suite 100
Akron, OH 44333
(330) 670-7324; Fax: (330) 670-7440
Email: kcalderone@hcplaw.net

*Attorneys for Erie Insurance Company*

/s/ David A. Draper_____
David A. Draper, Esq. (BPR #016067)
ddraper@lewisthomson.com
Jared S. Garceau, Esq. (BPR #033304)
jgarceau@lewisthomason.com

LEWIS, THOMASON, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646

*Attorneys for Claire Rauser and Carol Rauser*

/s/Nathaniel D. Moore_____
Robert A. Crawford, (BPR #007396)
Nathaniel D. Moore (BPR# 031520)
KRAMER RAYSON, LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901
(865) 525-5134

Jeffrey P. Hubbard, (BPR #2830)
Hubbard, Mitchell, Williams & Strain, PLLC
P.O. Box 13309
Jackson, MS 39236
(601) 707-3431

*Attorneys for Hitson Insurance, Inc., Bryan Insurance Group, Matthew Bryan, and Michele Self*